NUMBER 13-04-672-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________ ___________

ILUMINA, INC. AND OLIVIER VAN DER GRAAFF,                Appellants,

v.

CHK, INC. D/B/A THE LIGHT HOUSE,                                   Appellee.
__________________________________________ _______________
             
On appeal from the County Court at Law No. 3
of Cameron County, Texas
__________________________________________________ _______

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, ILUMINA, INC. AND OLIVIER VAN DER GRAAFF, attempted to
perfect an appeal from a judgment entered by the County Court at Law No. 3 of
Cameron County, Texas, in cause number 2003-CCL-00957-C. Judgment in this
cause was signed on August 25, 2004. An untimely motion for new trial was filed on
September 29, 2004. Pursuant to Tex. R. App. P. 26.1, appellants’ notice of appeal
was due on September 24, 2004, but was not filed until November 24, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court’s letter, the appeal
would be dismissed. To date, no response has been received from appellants.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, and appellants’ failure to respond to
this Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 7th day of April, 2005.